AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA <br><br> *Plaintiff(s)* <br><br> v. <br><br> OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN <br><br> *Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OSCEOLA COUNTY, FLORIDA
c/o VIVIANA JANER AS CHAIR OF THE OSCEOLA BOARD OF COUNTY COMMISSIONERS
1 COURTHOUSE SQUARE, SUITE 4700
KISSIMMEE, FL 34741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Osceola County, Florida** was recieved by me on **1/28/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Shannon bonardy**, who is designated by law to accept service of process on behalf of **Osceola County, Florida** at **1 Courthouse Sq Suite 4700, Kissimmee, FL 34741** on **01/28/2025 at 10:51 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Shannon bonardy who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.  Legal secretary**




Tracking #: **0156632586**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA <br><br> *Plaintiff(s)* <br> v. <br> OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN <br><br> *Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MARCOS LOPEZ
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Marcos Lopez** was recieved by me on **1/28/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to an individual who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.  Legal dept accepted service on behalf of defendant**




Tracking #: **0156617167**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA<br><br>*Plaintiff(s)*<br>v.<br>OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN<br><br>*Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DAVID CRAWFORD
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.   **6:25-cv-00098-PGB-LHP**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **David Crawford**
was recieved by me on **1/28/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to clinton williams who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.  Served to legal dept ,legal dept accepted service on behalf of defendants ,**



Tracking #: **0156616309**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA <br><br> *Plaintiff(s)* <br> v. <br> OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN <br><br> *Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CHRISTOPHER KOFFINAS
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.   **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **CHRISTOPHER KOFFINAS**
was recieved by me on  **1/28/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:   01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to an individual who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.  Legal dept accepted service on behalf of defendant**





Tracking #: **0156617000**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA <br><br> *Plaintiff(s)* <br> v. <br> OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN <br><br> *Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOSEPH DE JESUS
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JOSEPH DE JESUS**
was recieved by me on **1/28/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to an individual who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses. Legal dept accepted service on be half of defendant**




Tracking #: **0156616753**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA <br><br> *Plaintiff(s)* <br> v. <br> OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN <br><br> *Defendant(s)* | Civil Action No. 6:25-cv-00098-PGB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARTURO DOMINGUEZ
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ARTURO DOMINGUEZ**
was recieved by me on **1/28/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd**
**Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to an individual who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.  Legal dept accepted service on behalf of defendant**




Tracking #: **0156616544**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JEAN LOUIS BARRETO-BAERGA<br><br>*Plaintiff(s)*<br>v.<br>OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ AND BENJAMIN MACLEAN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:25-cv-00098-PGB-LHP<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BENJAMIN MACLEAN
OSCEOLA COUNTY SHERIFF
2601 E. IRLO BRONSON MEMORIAL HWY.
KISSIMMEE, FL 34744.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALBERT J. YONFA JR., ESQ.
THE PENDAS LAW FIRM
625 E. COLONIAL DR.
ORLANDO, FL 32803


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

KatrinaElliott

Date: January 27, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **6:25-cv-00098-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **BENJAMIN MACLEAN**
was recieved by me on  **1/28/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **clinton williams**, a person of suitable age and discretion who resides at **Osceola County Sheriff, 2601 E Irlo Bronson Memorial Hwy, Kissimmee, FL 34744**, on **01/28/2025 at 9:40 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*


I declare under penalty of perjury that this information is true.

Date:  01/29/2025

*Server's signature*

**John M Laukaitis**
*Printed name and title*

**6778 grace hammock rd
Harmony, FL 34773**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to an individual who identified themselves as the legal dept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.  Service accepted on behalf of defendant bye legal dept**





Tracking #: **0156617398**