United States District Court
Middle District of Florida
Orlando Division

Jean Louis Barreto-Baerga,

    *Plaintiff,*

v.                                        No. 6:25-cv-00098-PGB-LHP

Osceola County, Florida; Marcos Lopez;
David Crawford; Christopher Koffinas;
Joseph DeJesus; Arturo Dominguez;
and Benjamin Maclean,

    *Defendants.*

---

## Unopposed Motion for Special Admission

Stephen H. Weil, Esquire, moves for special admission to represent Plaintiff Jean Louis Barreto-Baerga in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

McCrimmon v. Centurion of Florida LLC et al., 3:20-cv-36-BJD-LLL (M.D. Fla.).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Stephen H. Weil

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party unopposed to my special admission.

| **TITLE OF COURT** | **DATE OF ADMISSION** |
|---|---|
| Illinois Supreme Court | \| November 30, 2006 |
| U.S.D.C. Illinois Northern District Court | \| November 15, 2011 |
| U.S.D.C Illinois Central District Court | \| May 26, 2017 |
| U.S.C.A for the Sixth Circuit | \| March 15, 2012 |
| U.S.D.C Illinois Southern District Court | \|September 5, 2018 |
| U.S.C.A for the Seventh Circuit | \| July 9, 2021 |
| U.S.D.C. Wisconsin Western District Court | \| January 26, 2023 |
| U.S.D.C. District of Columbia District Court | \|October 2, 2023 |
| U.S.D.C. Michigan Western District Court | \|June 27, 2024 |

Please note that I, Stephen H. Weil, am in good standing in all the Courts listed above.

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*   }ss. Stephen H. Weil

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Stephen H. Weil was duly admitted to practice in said Court on (11/15/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/21/2025 )

                          Thomas G. Bruton , Clerk,

                          By:  Declan E. Dolan
                                Deputy Clerk

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

January 21, 2025

DATE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Heschel Weil

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/30/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 7th day of February, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois