# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                                Case No: 6:25-cv-00098-PGB-LHP

OSCEOLA COUNTY, et al.,

    Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Special Admission. Doc. No. 17. Upon review, the motion (Doc. No. 17) is **GRANTED**.

Stephen H. Weil, Esq. may specially appear in this case as counsel for Plaintiff. Attorney Weil shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov. Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorney Weil. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties