UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JEAN LOUIS BARRETO-BAERGA,

     Plaintiff,

v.                                                                   Case No. 6:25-CV-98-PGB-LHP

OSCEOLA COUNTY, FLORIDA; MARCOS LOPEZ;
DAVID CRAWFORD; CHRISTOPHER KOFFINAS;
JOSEPH DEJESUS; ARTURO DOMINGUEZ; AND
BENJAMIN MACLEAN,

     Defendants.

_____

**DEFENDANTS, CHRISTOPHER KOFFINAS' AND ARTURO DOMINGUEZ'S, DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1.  Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒  No.

    ☐  Yes, and

        ☐  These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐  The filer has no parent corporation.

        ☐  No publicly held corporation owns 10% or more of the filer's shares.

2.     Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

     ☒     No.

     ☐     Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

     a.     Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

         ☒     No.

         ☐     Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

     b.     Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

         ☒     No.

         ☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

     c.     Is the filer an insurer?

         ☒     No.

         ☐     Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

     d.     Is the filer a legal representative?

         ☒     No.

☐    Yes, and the filer has identified citizenship in accord
with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

☒    No.

☐    Yes, and for each, the filer has identified citizenship
in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

☒    No.

☐    Yes, and for each, the filer has identified citizenship
in accord with the person's domicile, which does not
necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the
outcome of the action, including any interested or potentially interested
lawyer, association, firm, partnership, corporation, limited liability company,
subsidiary, conglomerate, affiliate, member, and other identifiable and related
legal entity?

☐    No.

☒    Yes. These additional persons and entities have or might have an
interest in the outcome of the action:

- Jean Louis Barreto-Baerga – Plaintiff
- Antonio Romanucci, Esq. - Counsel for Plaintiff
- Bhavani Raveendran, Esq. - Counsel for Plaintiff
- Stephen Weil, Esq. – Counsel for Plaintiff
- Romanucci & Blandin, LLC – Law Firm for Plaintiff
- Albert Jason Yonfa, Esq. Counsel for Plaintiff
- Pendas Law Firm – Law Firm for Plaintiff
- Marcos Lopez – Defendant
- Joseph DeJesus – Defendant

- Benjamin Maclean – Defendant
- Brian F, Moes, Esq. (Counsel for Defendants Osceola County, Marcos Lopez, Joseph DeJesus and Benjamin Maclean)
- G. Ryan Dietrich, Esq. (Counsel for Defendants Osceola County, Marcos Lopez, Joseph DeJesus and Benjamin Maclean)
- Thomas W. Poulton Esq. (Counsel for Defendants Osceola County, Marcos Lopez, Joseph DeJesus and Benjamin Maclean)
- DeBevoise & Poulton, PA. (Law Firm for Defendants Osceola County, Marcos Lopez, Joseph DeJesus and Benjamin Maclean)
- David Crawford – Defendant
- Summer M. Barranco, Esq. (Attorney for Defendant David Crawford)
- Richard Giuffreda, Esq. (Attorney for Defendant David Crawford)
- Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A. (Law Firm for Defendant David Crawford)
- Arturo Dominguez – Defendant
- Christopher Koffinas – Defendant
- Bruce R. Bogan, Esq. - Counsel for Defendants, Christopher Koffinas and Arturo Dominguez
- Brandon T. Byers, Esq. - Counsel for Defendants, Christopher Koffinas and Arturo Dominguez
- Hilyard Bogan & Palmer - Law Firm for Defendants, Christopher Koffinas and Arturo Dominguez

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒    No.

☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒    No.

□     Yes, and the debtor is [].

□     Yes, and the members of the creditors' committee are [].

6.     Is this a criminal case?

☒     No.

□     Yes, and these persons are arguably eligible for restitution: [].

7.     Is there an additional entity likely to actively participate in this action?

☒     No.

□     Yes, and this is the entity: [].

8.     Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒     Yes.

Signed:

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Attorneys for Defendant, Koffinas & Dominguez

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following: Antonio Romanucci, Esq., Bhavani Raveendran, Esq., Stephen Weil, Esq. Romanuccci & Bandin, LLC 321 Northj Clark Streeet, Suite 900, Chicago, IL 60654 and Albert Jason Yonfa, Esq. Pendas Law Firm, 625 E. Colonial Drive, Orlando, FL 32803.

/s/ *Bruce R. Bogan*
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Brandon T. Byers, Esquire
Fla. Bar No. 119492
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
bbyers@hilyardlawfirm.com
Attorneys for Defendant, Koffinas & Dominguez