UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v().                                             CASE NO.:  6:25-cv-00098-PGB-LHP

OSCEOLA COUNTY, FLORIDA;
MARCOS LOPEZ; DAVID CRAWFORD;
CHRISTOPHER KOFFINAS; JOSEPH
DEJESUS; ARTURO DOMINGUEZ;
and BENJAMIN MACLEAN,

    Defendants.
_____/

**Notice of Pendency of Other Actions**

    In accordance with Local Rule 1.07, I certify that the instant action:

_____    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 4th day of March 2025.

*s/ Brian F. Moes*
BRIAN F. MOES, ESQ.
Florida Bar No.:  39403
moes@debevoisepoulton.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2025, the foregoing is being served via electronic mail to the following: Antonio Romanucci, Esquire (*aromanucci@rblaw.net*), Bhavani Raveendran, Esquire (*b.raveendran@rblaw.net*), Stephen Weil, Esquire (*sweil@rblaw.net*), Romanucci & Blandin, LLC, 321 North Clark Street, Suite 900, Chicago, Illinois 60654; and Albert Jason Yonfa, Jr., Esquire (*ayonfa@pendaslaw.com*), Pendas Law Firm, 625 E. Colonial Drive, Orlando, Florida 32803, Bruce R. Bogan Esquire (*bbogan@hilyardlawfirm.com*), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, Florida, 32802, Summer M. Barranco, Esquire (*summer@purdylaw.com),* Purdy Jolly Giuffreda Barranco & Jisa, P.A., 2455 E. Sunrise Boulevard, Suite 1216,Fort Lauderdale, Florida 33304.

*s/ Brian F. Moes*  
BRIAN F. MOES, ESQ.  
Florida Bar No.: 39403  
*moes@debevoisepoulton.com*  
THOMAS W. POULTON, ESQ.  
Florida Bar No.: 83798  
*poulton@debevoisepoulton.com*  
G. RYAN DIETRICH, ESQ.  
Florida Bar No.: 1007940  
*dietrich@debevoisepoulton.com*  
DeBEVOISE & POULTON, P.A.  
1035 S. Semoran Boulevard, Suite 1010  
Winter Park, Florida 32792  
Telephone: 407-673-5000  
Facsimile: 321-203-4304  
*Attorneys for Defendants Osceola County, Sheriff Lopez, DeJesus, and Maclean*