UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                    CASE NO.: 6:25-cv-00098-PGB-LHP

OSCEOLA COUNTY, FLORIDA;
MARCOS LOPEZ; DAVID CRAWFORD;
CHRISTOPHER KOFFINAS; JOSEPH
DEJESUS; ARTURO DOMINGUEZ;
and BENJAMIN MACLEAN,

    Defendants.
_____/

## SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION IN DEFENDANT LOPEZ MOTION TO DISMISS COMPLAINT

Defendant MARCOS LOPEZ, by and through undersigned counsel hereby supplement the Local Rule 3.01(g) Certification in Defendants' Motion to Dismiss Complaint.

1.    On March 4, 2025, Defendant Sheriff Lopez filed a Motion to Dismiss Complaint. [Doc. 30].

2.    The motion's Rule 3.01(g) certification states that during the meet and confer phone call Attorney Weil wanted an opportunity to review the legal authority cited in the motion and will either oppose the motion or amend the complaint.

3. Attorney Weil and the undersigned have not had an opportunity to meet and confer on the substance Sheriff Lopez's motion but will continue efforts and update the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of March, 2025, the foregoing is being served via electronic mail to the following: Antonio Romanucci, Esquire (*aromanucci@rblaw.net*), Bhavani Raveendran, Esquire (*b.raveendran@rblaw.net*), Stephen Weil, Esquire (*sweil@rblaw.net*), Romanucci & Blandin, LLC, 321 North Clark Street, Suite 900, Chicago, Illinois 60654; and Albert Jason Yonfa, Jr., Esquire (*ayonfa@pendaslaw.com*), Pendas Law Firm, 625 E. Colonial Drive, Orlando, Florida 32803, Bruce R. Bogan Esquire (*bbogan@hilyardlawfirm.com*), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, Florida, 32802, Summer M. Barranco, Esquire (*summer@purdylaw.com*), Purdy Jolly Giuffreda Barranco & Jisa, P.A., 2455 E. Sunrise Boulevard, Suite 1216,Fort Lauderdale, Florida 33304.

*s/ Brian F. Moes*
BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
*moes@debevoisepoulton.com*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 83798
*poulton@debevoisepoulton.com*
G. RYAN DIETRICH, ESQ.
Florida Bar No.: 1007940
*dietrich@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792

Telephone: 407-673-5000
Facsimile: 321-203-4304
*Attorneys for Defendants Osceola County,
Sheriff Lopez, DeJesus, and Maclean*