UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                          CASE NO.: 6:25-cv-00098-PGB-LHP

OSCEOLA COUNTY, FLORIDA;
MARCOS LOPEZ; DAVID CRAWFORD;
CHRISTOPHER KOFFINAS; JOSEPH
DEJESUS; ARTURO DOMINGUEZ;
and BENJAMIN MACLEAN,

    Defendants.
_____/

## SECOND SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION IN DEFENDANT LOPEZ MOTION TO DISMISS COMPLAINT

Defendant MARCOS LOPEZ, by and through undersigned counsel hereby supplement the Local Rule 3.01(g) Certification in Defendants' Motion to Dismiss Complaint.

1. On March 10, 2025, Attorney Weil and the undersigned had a phone conference wherein Attorney Weil indicated that he has reviewed Sheriff's Lopez's filed Motion to Dismiss and considered the grounds for dismissal stated therein and that Plaintiff is opposed to the relief sought and would be filing a response in opposition.

2. The undersigned believes that his obligations to meet and confer in good faith regarding Sheriff Lopez's Motion to Dismiss have now been satisfied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2025, the foregoing is being served via electronic mail to the following: Antonio Romanucci, Esquire (*aromanucci@rblaw.net*), Bhavani Raveendran, Esquire (*b.raveendran@rblaw.net*), Stephen Weil, Esquire (*sweil@rblaw.net*), Romanucci & Blandin, LLC, 321 North Clark Street, Suite 900, Chicago, Illinois 60654; and Albert Jason Yonfa, Jr., Esquire (*ayonfa@pendaslaw.com*), Pendas Law Firm, 625 E. Colonial Drive, Orlando, Florida 32803, Bruce R. Bogan Esquire (*bbogan@hilyardlawfirm.com*), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, Florida, 32802, Summer M. Barranco, Esquire (*summer@purdylaw.com*), Purdy Jolly Giuffreda Barranco & Jisa, P.A., 2455 E. Sunrise Boulevard, Suite 1216,Fort Lauderdale, Florida 33304.

*s/ Brian F. Moes*
BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
*moes@debevoisepoulton.com*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 83798
*poulton@debevoisepoulton.com*
G. RYAN DIETRICH, ESQ.
Florida Bar No.: 1007940
*dietrich@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304

*Attorneys for Defendants Osceola County,
Sheriff Lopez, DeJesus, and Maclean*