UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JEAN LOUIS BARRETO-BAERGA,                      Case No. 25-cv-00098

      Plaintiff,

v.

OSCEOLA COUNTY, FLORIDA; MARCOS LOPEZ;
DAVID CRAWFORD; CHRISTOPHER KOFFINAS;
JOSEPH DEJESUS; ARTURO DOMINGUEZ; AND
BENJAMIN MACLEAN,

      Defendants.

_____/

### Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 25th day of March 2025

**/s/ Summer M. Barranco**
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
2455 E. Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304
Telephone:  (954) 462-3200
Attorneys for *Defendant Crawford*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **STEPHEN WEIL, ESQUIRE,** Counsel for Plaintiff, 321 North Clark St., Suite 900, Chicago, Illinois 60654, (Email: aromanucci@rblaw.net; sweil@rblaw.net); **ALBERT JASON YONFA, JR., ESQUIRE,** Co-counsel for Plaintiff, 625 E. Colonial Dr., Orlando, FL 32803 (Email: ayonfa@pendaslaw.com); **BRUCE BOGAN, ESQUIRE,** Counsel for Defendants Koffinas and Dominguez, 105 E. Robinson Street, Suite 201, Orlando, FL 32801 (Email: bbogan@hilyardlawfirm.com); **THOMAS W. POULTON, ESQUIRE,** Counsel for Defendants DeJesus, Maclean, Sheriff Lopez and Osceola County, 1035 S. Semoran Blvd, Suite 1010, Winter Park, FL 32792 (Email: poulton@debevoisepoulton.com) this 25th day of March, 2025.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:  (954) 462-3200
E-mail:      Summer@purdylaw.com;
             Isabella@purdylaw.com
Attorneys for *Defendant Crawford*