# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Barreto-Baerga, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No.: 6:25-CV-98-PGB-LHP |
| v. ) | |
| ) | |
| OSCEOLA COUNTY, et al, ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW BHAVANI RAVEENDRAN AS COUNSEL OF RECORD

**NOW COMES** Plaintiff, through his undersigned counsel, moving this Honorable Court for leave to withdraw Bhavani Raveendran as a member of Plaintiff's counsel.

Counsel for Plaintiff has conferred with counsel for the Defendants, who inform Plaintiff that they **do not** oppose this request.

1. Attorney Bhavani Raveendran was employed at Romanucci & Blandin, LLC the time of filing of the operative complaint.

2. Ms. Raveendran was listed as a member of Plaintiff's counsel on the complaint.

3. Some time after the complaint was filed, Ms. Raveendran had given notice of the end date of her employment, as such a motion for admission to this Court *pro hac vice* was not filed on her behalf. She therefore does not have an appearance in this matter.

4. As of the close of business March 7, 2025, attorney Bhavani Raveendran is no longer employed with the firm of Romanucci & Blandin, LLC.

5. Ms. Raveendran continues to receive filings and appears on the service list for the above-captioned cases, although a *pro hac vice* or appearance had not been directly filed in the matter on her behalf.

6. The undersigned files this motion to clarify that Ms. Raveendran should no longer be listed as counsel of record.

7. Additional attorneys of record currently represent both Plaintiffs in this matter, including Antonio Romanucci and Stephen Weil of Romanucci & Blandin, LLC and Albert Yonfa, Jr., and they will continue diligently and ably representing the Plaintiff in this matter going forward. Accordingly, this motion will not prejudice the representation of Plaintiff in this matter, nor will this motion cause any undue delay in these proceedings.

**WHEREFORE**, Plaintiff respectfully requests the entry of an Order by this Honorable Court granting attorney Bhavani Raveendran leave to withdraw as a member of counsel for the Plaintiff, in this matter, and for all such other and further relief which this Honorable Court may deem just and proper.

Date: April 14, 2025

Respectfully submitted,
**ROMANUCCI & BLANDIN, LLC**

Respectfully submitted,
/s/ Stephen H. Weil

ROMANUCCI & BLANDIN, LLC
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net

Email: sweil@rblaw.net
\* *admitted pro hac vice*

Albert Jason Yonfa, Jr.
Pendas Law Firm
625 E. Colonial Dr.
Orlando Fl 32803
407-352-3535
ayonfa@pendaslaw.com
*Counsel for Plaintiff*