**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                                 Case No:   6:25-cv-98-PGB-LHP

OSCEOLA COUNTY, MARCOS
LOPEZ, DAVID CRAWFORD,
CHRISTOPHER KOFFINAS, JOSEPH
DE JESUS, ARTURO DOMINGUEZ
and BENJAMIN MACLEAN,

    Defendants

---

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Withdraw Bhavani Raveendran as Counsel of Record.   Doc. No. 44.   On review, the motion (Doc. No. 44) is **DENIED without prejudice** for failure to comply with the Local Rules.   First, the motion fails to comply with the typography requirements of Local Rule 1.08. Second, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a).   Third, the motion fails to comply with Local Rule 2.02(c)(2), in that the motion was filed and signed by Stephen H. Weil, Esq. but seeks the withdrawal of Bhavani K. Raveendran, Esq.   Finally, the motion fails to include a

separate certification as required by Local Rule 3.01(g)(2).   A renewed motion must fully comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties