# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Barreto-Baerga, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No.: 6:25-CV-98-PGB-LHP |
| v. | ) |
| | ) |
| OSCEOLA COUNTY, et al, | ) |
| | ) |
| *Defendants.* | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW BHAVANI RAVEENDRAN AS COUNSEL OF RECORD

**NOW COMES** Plaintiff, through his undersigned counsel, moving this Honorable Court for leave to withdraw Bhavani Raveendran as a member of Plaintiff's counsel.

I. Concise Statement of Relief Requested

Plaintiff seeks leave to withdraw Bhavani Raveendran as a member of Plaintiff's counsel.

II. Memorandum of Legal Authority

Local Rule 2.02 requires leave of court to withdraw from an action. L.R. 2.02(c). To withdraw, a lawyer must notify the affected client 14 days before moving unless the client consents to withdrawal and include a certification of the notice or consent. L.R. 2.02(c)(1)(A)-(B). Absent certain exceptions, the withdrawing attorney must move to withdraw herself. L.R. 2.02(c)(2).

(3). Finally, a party that discharges an attorney must obtain substitute counsel. L.R. 2.02(c)(3).

III.   Statement of the Basis for Request

1. Counsel for Plaintiff has conferred with counsel for the Defendants, who inform Plaintiff that they **do not** oppose this request.

2. Attorney Bhavani Raveendran was employed at Romanucci & Blandin, LLC the time of filing of the operative complaint.

3. Ms. Raveendran was listed as a member of Plaintiff's counsel on the complaint.

4. Some time after the complaint was filed, Ms. Raveendran had given notice of the end date of her employment, as such a *pro hac vice* was not filed on her behalf.

5. As of the close of business March 7, 2025, attorney Bhavani Raveendran is no longer employed with the firm of Romanucci & Blandin, LLC.

6. Ms. Raveendran continues to receive filings and appear on the service list for the above-captioned cases, although a *pro hac vice* or appearance had not been directly filed in the matter on her behalf.

7. The undersigned files this motion to clarify that Ms. Raveendran should no longer be listed as counsel of record.

8. Plaintiff, Ms. Raveendran's client, consents to withdrawal, pursuant to Local Rule 2.02(c)(1)(B)(i).

9. Additional attorneys of record currently represent both Plaintiffs in this matter, including Antonio Romanucci and Stephen Weil of Romanucci & Blandin, LLC and Albert Yonfa, Jr., and they will continue diligently and ably representing the Plaintiff in this matter going forward. Accordingly, this motion will not prejudice the representation of Plaintiff in this matter, nor will this motion cause any undue delay in these proceedings.

**WHEREFORE**, Plaintiff respectfully requests the entry of an Order by this Honorable Court granting attorney Bhavani Raveendran leave to withdraw as a member of counsel for the Plaintiff, in this matter, and for all such other and further relief which this Honorable Court may deem just and proper.

Date: April 22, 2025

Respectfully submitted,
**ROMANUCCI & BLANDIN, LLC**


Respectfully submitted,
/s/ Bhavani Raveendran

ROMANUCCI & BLANDIN, LLC
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004

        Email: aromanucci@rblaw.net
        Email: sweil@rblaw.net
        * *admitted pro hac vice*

        Albert Jason Yonfa, Jr.
        Pendas Law Firm
        625 E. Colonial Dr.
        Orlando Fl 32803
        407-352-3535
        ayonfa@pendaslaw.com

        Bhavani Raveendran
        Raveendran Law LLC
        4789 N. Milwaukee Ave, #700
        Chicago IL 60630
        Bhavani@brwarrierlaw.com
        *Counsel for Plaintiff*

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certifies that Counsel for Plaintiff has conferred with counsel for the Defendants via email, who on April 22, 2025 informed Plaintiff that they **do not** oppose this request.

Date: April 22, 2025                                                    Respectfully submitted,
                                                                                       /s/ Bhavani Raveendran

## LOCAL RULE 2.02(c)(1)(B)(i) CERTIFICATION

The undersigned certifies that the client consents to her withdrawal as attorney of record.

| | |
|---|---|
| Date: April 22, 2025 | Respectfully submitted,<br>/s/ Bhavani Raveendran |