UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Barreto-Baerga, | ) |
| | ) |
|     *Plaintiff,* | ) |
| | ) Case No.: 6:25-CV-98-PGB-LHP |
| v. | ) |
| | ) |
| OSCEOLA COUNTY, et al, | ) |
| | ) |
|     *Defendants.* | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO ELARGE PAGE LIMITATION AND TO FILE AN OMNIBUS RULE 12(b)(6) RESPONSE**

Plaintiff, through his undersigned counsel, hereby moves the Court for leave to file a single, omnibus response, not to exceed 25 pages, to two Rule 12(b)(6) dismissal motions filed by certain defendants in this case. Plaintiff has consulted with counsel for said defendants, and they do not oppose this request. In support of his request Plaintiff states as follows:

I.    Concise Statement of Relief Requested

Plaintiff seeks leave to file a memorandum in response to ECF 30 and ECF 31, which are motions to dismiss filed by certain defendants, not to exceed 25 pages.

II. Memorandum of Legal Authority

Local Rule 3.01(b) provides that the length of a response may not exceed twenty pages, but permits motions for enlargement in appropriate circumstances.

III. Statement of the Basis for Request

1. Counsel for Plaintiff has conferred with counsel for the Defendants, who inform Plaintiff that they **do not** oppose this request.

2. Certain defendants have filed two separate motions to dismiss totaling 30 pages and raising a variety of complex arguments regarding municipal liability. *See* ECF 30 & ECF 31.

3. To respond adequately to the arguments raised in these motions, Plaintiff anticipates requiring space going on the default 20-page limit set out in Local Rule 3.01(b).

**WHEREFORE**, Plaintiff respectfully requests the entry of an Order by this Honorable Court granting Plaintiff leave to file an omnibus response to ECF 30 & ECF 31, not to exceed 25 pages.

Date: April 22, 2025

Respectfully submitted,

**ROMANUCCI & BLANDIN, LLC**

/s/ Stephen H. Weil

ROMANUCCI & BLANDIN, LLC
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: sweil@rblaw.net
* *admitted pro hac vice*

Albert Jason Yonfa, Jr.
Pendas Law Firm
625 E. Colonial Dr.
Orlando Fl 32803
407-352-3535
ayonfa@pendaslaw.com

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies that Counsel for Plaintiff has conferred with counsel for the Defendants, who informed Plaintiff that they **do not** oppose this request.

Date: April 22, 2025

Respectfully submitted,

/s/ Stephen H. Weil
