# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Jean Louis Barreto-Baerga,<br><br>Plaintiff,<br><br>v.<br><br>Osceola County et al.<br><br>Defendants. | **Case No. 6:25-CV-98-PGB-LHP**<br><br>**Judge: Paul Byron** |

## NOTICE OF MEDIATION DATE

Pursuant to the Court's orders (ECF 42 and ECF 51) Plaintiff Jean Louis Barreto-Baerga, by his undersigned counsel, hereby submits this Notice of Mediation Date.

1. Plaintiff filed his Complaint on January 22, 2025. *See* ECF 1.

2. The parties filed their Rule 26(a)(1) disclosures on April 18, 2025 and April 21, 2025.

3. This Court entered a Case Management Order on April 8, 2025 outlining Parties' mediation deadlines. *See* ECF 42. Among other things, the order instructed Plaintiff to "contact opposing counsel and the mediator to . . . reserve a conference date and [to] file a Notice with the Court within 14 days

of this Order advising of the date." ECF 42. This portion of the order was overlooked due to a scheduling oversight.

4. Plaintiff's counsel have contacted defense counsel and the mediator.

5. Parties have agreed to participate in mediation on **March 12, 2026**, and have reserved that date with the mediator.

Respectfully submitted,

/s/ Stephen H. Weil

ROMANUCCI & BLANDIN, LLC
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: sweil@rblaw.net

* admitted *pro hac vice*

Albert J. Yonfa Jr.
The Pendas Law Firm
625 E Colonial Dr.
Orlando, FL, 32803
Phone: (407) 352-3535
Fax: (407) 770-6066
Email: ayonfa@pendaslaw.com

***Attorneys for Plaintiff***