IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Jean Louis Barreto-Baerga,<br><br>Plaintiff,<br><br>v.<br><br>Osceola County, Florida; Marcos Lopez; David Crawford; Christopher Koffinas; Joseph DeJesus; Arturo Dominguez; and Benjamin Maclean,<br><br>Defendants. | Case No. 6:25-CV-98-PGB-LHP<br><br>Judge: Paul Byron |

## **UNOPPOSED MOTION FOR SPECIAL COUNSEL**

Sam H. Harton, Esquire, moves for special admission to represent Plaintiff Jean Louis Barreto-Baerga in this action. I am not a member in good standing of The Florida Bar. I am a member in good standing of a bar of a United States district court and the Supreme Court of Illinois; specifically, the Northern District of Illinois and the Supreme Court of Illinois. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

Merchant v. Woods, 5:23-CV-661-JSM-PRL, Middle District of Florida

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

May 21, 2025

                              Respectfully submitted,

                              <u>/s/ Sam H. Harton</u>

                              ROMANUCCI & BLANDIN, LLC

        Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
Sam H. Harton (Ill. Bar No. 6342112)~
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: sweil@rblaw.net
* admitted pro hac vice
~ awaiting pro hac vice admissions

Counsel for Plaintiff

*Attorney for Plaintiff*

| **TITLE OF COURTS** | **DATE OF ADMISSION** |
|---|---|
| Northern District Court of Illinois | November 2022 |
| Central District Court of Illinois | November 2022 |
| Southern District Court of Illinois | June 2023 |
| Eastern District Court of Wisconsin | November 2022 |
| Northern District Court of Indiana | August 2023 |
| 7th Circuit Court of Appeals | June 2023 |
| Illinois State Supreme Court | November 2022 |

**Please note that Sam H. Harton, is in good standing in all the Courts listed above.**