# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                                            Case No:   6:25-cv-98-PGB-LHP

OSCEOLA COUNTY, MARCOS
LOPEZ, DAVID CRAWFORD,
CHRISTOPHER KOFFINAS, JOSEPH
DE JESUS, ARTURO DOMINGUEZ
and BENJAMIN MACLEAN,

    Defendants

## ORDER

    Before the Court is an Unopposed Motion for Special Counsel.  Doc. No. 53. On review, however, although labeled as "unopposed," the motion otherwise fails to comply with Local Rule 3.01(g).  Accordingly, the motion (Doc. No. 53) is **DENIED without prejudice**.

    **DONE** and **ORDERED** in Orlando, Florida on May 21, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties