# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEAN LOUIS BARRETO-BAERGA,

    Plaintiff,

v.                                         Case No:   6:25-cv-98-PGB-LHP

OSCEOLA COUNTY, MARCOS LOPEZ, DAVID CRAWFORD, CHRISTOPHER KOFFINAS, JOSEPH DE JESUS, ARTURO DOMINGUEZ and BENJAMIN MACLEAN,

    Defendants

## ORDER

This cause comes before the Court an Unopposed Motion for Special Counsel, seeking the appearance of Samantha A. Harton, Esq. pro hac vice. Doc. No. 55. Upon review, the motion (Doc. No. 55) is **GRANTED**.

Samantha A. Harton, Esq. may specially appear in this case as counsel for Plaintiff. Attorney Harton shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."

Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorney Harton. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties