IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Jean Louis Barreto-Baerga,<br><br>Plaintiff,<br><br>v.<br><br>Osceola County, Florida; Marcos Lopez; David Crawford; Christopher Koffinas; Joseph DeJesus; Arturo Dominguez; and Benjamin Maclean,<br><br>Defendants. | Case No. 6:25-CV-98-PGB-LHP<br><br>Judge: Paul Byron |

**Plaintiff's Unopposed Motion to File Sur-Reply
in Opposition to Motion to Dismiss**

Plaintiff, through his undersigned counsel, moves this court for leave to file a sur-reply in opposition to the motion to dismiss filed by the Osceola County defendants. Plaintiff has consulted with the Osceola County defendants regarding this motion. **The Osceola County defendants do not oppose**. In support of his motion Plaintiff states as follows:

1. The Osceola Defendants have filed a motion to dismiss concerning a purported distinction between Osceola County and the Osceola County Sheriff.  ECF 31.

2. Plaintiff has filed a response in opposition. ECF 50.

3. Osceola County defendants filed an unopposed motion to submit a reply, ECF 58, which the Court granted, ECF 59. The Osceola County Defendants then filed a their reply, ECF 60.

4. The reply consists citations to several cases concerning the relationship between Florida counties and sheriffs. These cases could have been cited in the Osceola County Defendants' original motion but were not. As a result, Plaintiff has not had the opportunity to offer his own analysis of these cases to the Court.

5. Plaintiff submits that the Court's analysis of the relationship between Florida counties and sheriffs will benefit from hearing from both sides regarding their analysis of applicable caselaw.

WHEREFORE, Plaintiff respectfully requests leave to submit a sur-reply, not to exceed five pages, to discuss the decisions cited in the Osceola County Defendants' reply brief, to be filed no later than August 1, 2025.

Respectfully submitted,

/s/ Sam H. Harton

ROMANUCCI & BLANDIN, LLC
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
Sam H. Harton (Ill. Bar No. 6342112)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: sweil@rblaw.net
* admitted pro hac vice
Counsel for Plaintiff