**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEAN LOUIS BARRETO-BAERGA,

       Plaintiff,

v.                                                    Case No:   6:25-cv-98-PGB-LHP

OSCEOLA COUNTY, MARCOS
LOPEZ, DAVID CRAWFORD,
CHRISTOPHER KOFFINAS, JOSEPH
DE JESUS, ARTURO DOMINGUEZ
and BENJAMIN MACLEAN,

       Defendants

---

**ORDER**

And Direction to the Clerk

Before the Court is an Unopposed Motion to Substitute Sheriff Blackmon as

Official Capacity Defendant, which seeks to substitute as a party Sheriff Chris A.

Blackmon, in his official capacity, for former Sheriff Marcos Lopez for claims

asserted against former Sheriff Lopez in his official capacity.  Doc. No. 72.  On

review, the motion is **GRANTED**, and Chris A. Blackmon, in his official capacity as

Sheriff of Osceola County, is substituted as a Defendant in place of former Sheriff

Marcos Lopez, as to the official capacity claims in Count X of the Complaint.  *See*

Fed. R. Civ. P. 25(d).   The Clerk of Court is **DIRECTED** to update the case caption accordingly.   *See King v. Lake Cnty.*, No. 5:17-cv-52-Oc-34PRL, 2017 WL 6502395, at *6 (M.D. Fla. Dec. 19, 2017).

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record