# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEAN LOUIS BARRETO-
BAERGA,

      **Plaintiff,**

      **v.**                              **Case No.:  6:25-cv-00098-PGB-LHP**

OSCEOLA COUNTY, MARCOS
LOPEZ, INDIVIDUAL
CAPACITY; DAVID CRAWFORD,
CHRISTOPHER KOFFINAS,
JOSEPH DE JESUS, ARTURO
DOMINGUEZ, BENJAMIN
MACLEAN, SHERIFF
CHRISTOPHER A. BLACKMON,

      **Defendants,**

---

## ORDER

On May 7, 2025, a Notice of Mediation (Doc. 52) was filed advising the Court that the mediation conference would be held on March 12, 2026.  No subsequent report as to the status of mediation has been filed.  Accordingly, the parties shall advise the Court within **SEVEN (7) DAYS** of the date of this Order as to the status of mediation.

**DONE AND ORDERED** at Orlando, Florida, on March 23, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record