**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| Jean Louis Barreto-Baerga, | |
| Plaintiff, | **Case No. 9:25-CV-98-PGB-LHP** |
| v. | **Judge: Paul Byron** |
| Osceola County et al. | |
| Defendants. | |

## STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's order (ECF 74) Plaintiff Jean Louis Barreto-Baerga, by his undersigned counsel, hereby submits this Notice of Mediation Date.

1.  On March 23, 2026, this Court entered an order instructing the parties to submit a Notice of Mediation within 7 days.  ECF 74.

2.  In light of the Court's amended case management scheduling order, which re-set dates for discovery and mediation, (ECF 70), the parties have agreed to participate in mediation on **August 11, 2026**.

3.  The parties have reserved that date with the mediator.

4.  The mediator remains Mr. Gregory P. Miles, whom the parties previously agreed to as mediator.  *See* ECF 53 (notice of mediation).

Date: March 30, 2026              Respectfully submitted,


                                  /s/ Stephen H. Weil

                                  ROMANUCCI & BLANDIN, LLC
                                  Antonio Romanucci (Ill. Bar No.
                                  6190290)*
                                  Stephen H. Weil (Ill. Bar No. 6291026)*
                                  321 North Clark St., Suite 900
                                  Chicago, Illinois 60654
                                  Tel: (312) 458-1000
                                  Fax: (312) 458-1004
                                  Email: aromanucci@rblaw.net
                                  Email: sweil@rblaw.net

                                  * admitted *pro hac vice*


                                  Albert J. Yonfa Jr.
                                  The Pendas Law Firm
                                  625 E Colonial Dr.
                                  Orlando, FL, 32803
                                  Phone: (407) 352-3535
                                  Fax: (407) 770-6066
                                  Email: ayonfa@pendaslaw.com

                                  ***Attorneys for Plaintiff***