UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JEAN LOUIS BARRETO-BAERGA,                    Case No. 25-cv-00098

     Plaintiff,

v.

OSCEOLA COUNTY, FLORIDA; MARCOS LOPEZ;
DAVID CRAWFORD; CHRISTOPHER KOFFINAS;
JOSEPH DEJESUS; ARTURO DOMINGUEZ; AND
BENJAMIN MACLEAN,

     Defendants.

_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendant, DAVID CRAWFORD, in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **STEPHEN WEIL, ESQUIRE and SAM HARTON, ESQUIRE,** Counsel for Plaintiff, 321 North Clark St., Suite 900, Chicago, Illinois 60654, (Email: aromanucci@rblaw.net; sweil@rblaw.net; sharton@rblaw.net; dkelly@rblaw.net); **ALBERT JASON YONFA, JR., ESQUIRE,** Co-counsel for Plaintiff, 625 E. Colonial Dr., Orlando, FL 32803 (Email: ayonfa@pendaslaw.com); **BRUCE BOGAN, ESQUIRE,** Counsel for Defendants Koffinas and Dominguez, 105 E. Robinson Street, Suite 201, Orlando, FL 32801 (Email:

bbogan@hilyardlawfirm.com); **THOMAS W. POULTON, ESQUIRE,** Counsel for Defendants DeJesus, Maclean, Sheriff, Lopez and Osceola County, 1035 S. Semoran Blvd, Suite 1010, Winter Park, FL 32792 (Email: poulton@debevoisepoulton.com) this 13th day of July, 2026.

*/s/ Kyle Bermingham*
KYLE BERMINGHAM, ESQUIRE
Fla. Bar No. 0123492
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Kyle@purdylaw.com
Attorney for *Defendant Crawford*