**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| JEAN BARRETO-BAERGA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No.: 6:25-CV-98-PGB-LHP |
| v. | ) |
| | ) |
| OSCEOLA COUNTY, et al, | ) |
| | ) |
| *Defendants.* | ) |

**MOTION FOR WITHDRAWAL OF ATTORNEY SAM A. HARTON**
**AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 2.02(c) of the United States District Court for the Middle District of Florida, attorney Sam A. Harton of Romanucci & Blandin, LLC hereby moves this Court for leave to withdraw her as counsel of record for Plaintiff Jean Louis Barreto-Baerga in the above-captioned matter, and in support thereof states as follows:

**I. BACKGROUND**

This action was commenced on January 22, 2025, asserting claims under 42 U.S.C. § 1983 and related state law theories arising from an incident on February 27, 2022, in which Plaintiff was severely injured during an encounter with Osceola County Sheriff's Office deputies. Romanucci & Blandin, LLC entered its appearance in this matter through attorneys Antonio Romanucci, Stephen Weil and later Sam A. Harton and Colton Johnson Taylor, each of whom appeared pro hac vice, and Albert Jason Yonfa, Jr. of the Bressler Law Firm, who serves as local counsel of record.

Sam A. Harton respectfully requests leave to withdraw from his individual representation in this matter. The remaining attorneys of Romanucci & Blandin, LLC — Antonio Romanucci, Stephen Weil with the addition of Colton Johnson Taylor — will represent Plaintiff Jean Louis Barreto-Baerga in this matter. Additionally, Albert Jason Yonfa, Jr. of the Pendas Law Firm remains as local counsel of record.

## II. PLAINTIFF WILL NOT BE PREJUDICED BY WITHDRAWAL

Plaintiff Jean Louis Barreto-Baerga will suffer no prejudice as a result of this withdrawal. Plaintiff will remain represented by experienced and capable counsel throughout all stages of this litigation. The withdrawal of Mrs. Harton will not affect the prosecution of Plaintiff's claims, any pending deadlines, or any scheduled proceedings in this matter.

## III. NOTICE TO CLIENT

In compliance with Local Rule 2.02(c)(1)(A), Plaintiff has consented to Mrs. Harton's withdrawal, as reflected in the Certificate of Compliance below. Because Plaintiff will remain represented by counsel of record, Mrs. Harton is not required to provide Plaintiff's personal contact information to the Court.

## IV. CONCLUSION

For the foregoing reasons, Sam A. Harton respectfully requests that this Court grant this Motion for Withdrawal of Counsel and direct the Clerk of Court to remove Sam A. Harton from the docket as counsel of record for Plaintiff Jean Louis Barreto-

Baerga. All remaining counsel of record shall continue to represent Plaintiff in this matter.

Respectfully submitted,

/s/ Sam H. Harton

**ROMANUCCI & BLANDIN, LLC**
Antonio Romanucci (Ill. Bar No. 6190290)*
Stephen H. Weil (Ill. Bar No. 6291026)*
Sam H. Harton (Ill. Bar No. 6342112)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: sweil@rblaw.net
* admitted pro hac vice

Albert J. Yonfa Jr.
Bressler Law Firm
2709 W. Fairbanks Ave. Ste. 220
Winter Park, FL 32789
Phone: (407) 599-2002
Fax: (407) 599-2007
Email: ayonfa@pendaslaw.com

***Attorneys for Plaintiff***

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2.02(c)**

I, Sam A. Harton, hereby certify that, pursuant to Local Rule 2.02(c)(1)(A) of the United States District Court for the Middle District of Florida, that Plaintiff consented to this withdrawal on July 9, 2026. Plaintiff will continue to be represented by Antonio Romanucci, Stephen Weil and Colton Johnson Taylor of Romanucci & Blandin, LLC, and by Albert Jason Yonfa, Jr. of the Pendas Law Firm, each of whom remains as counsel of record in this matter.

/s/ Sam A. Harton
Sam A. Harton

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing Motion for Withdrawal of Counsel was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record. A copy has also been provided to Plaintiff Jean Louis Barreto-Baerga.

/s/ Sam A. Harton
Sam A. Harton