**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Jean Louis Barreto-Baerga,

Plaintiff,

v.

Osceola County *et al.*,

Defendants.

**Case No. 6:25-CV-98-PGB-LHP**

**Judge: Paul Byron**

# AMENDED NOTICE OF MEDIATION DATE

1. On June 22, 2026, this Court entered the Third Amended Case Management and Scheduling Order. *See* ECF No. 86.

2. In light of said Order, the parties and the office of the mediator have collaborated to identify a new mediation date.

3. Parties are confirmed to participate in mediation on February 12, 2027 with mediator Greg Miles.

**Date: October 2, 2026**

Respectfully submitted,

/s/ Stephen H. Weil

Albert J. Yonfa
**Bressler Law Firm**
2709 W. Fairbanks Ave. Ste. 220
Winter Park, FL 32789
Phone: (407) 599-2002
Fax: (407) 599-2007
albert@lawsofflorida.com

**ROMANUCCI & BLANDIN, LLC**
Stephen H. Weil (Ill. Bar No. 6291026)*
Colton Johnson Taylor (Ill. Bar No. 6349356)*
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net
Email: cjohnson@rblaw.net

* admitted *pro hac vice*

*Counsel for Plaintiff*